UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ACS Recovery Services, Inc.

Plaintiff,

-v-

David Sandrew

Defendant.

'08 CIV 4921

Case No._____

Rule 7.1 Statement

JUDGE BATTS

RECEIVED MAY 29 2008 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

ACS Recovery Services, Inc.         (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Affiliated Computer Services, Inc. is the parent of ACS Recovery Services, Inc. Affiliated Computer Services, Inc. is a publicly held company trading on the New York Stock Exchange. No publicly held corporation owns 10% or more of Affiliated Computer Services, Inc.'s stock.

Date: May 28, 2008

Signature of Attorney

Attorney Bar Code: SK-3467

Form Rule7_1.pdf  SDNY Web 10/2007