AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

_____Southern_____  **DISTRICT OF**  _~~JUDGE BATTS~~ New York_

## APPEARANCE

Case Number:

**'08 CIV 4921**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ACS Recovery Services, Inc.

RECEIVED
MAY 29 2008
U.S.D.C. S.D.N.Y.
CASHIERS

I certify that I am admitted to practice in this court.

_May 28, 2008_
Date

_M. Alexander Bowie II_
Signature

M. Alexander Bowie II          MB-6826
Print Name                     Bar Number

7 Times Square - Times Square Tower
Address

New York          NY          10036
City              State        Zip Code

(212) 297-2415          (718) 247-5995
Phone Number            Fax Number