AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

ACS RECOVERY SERVICES, INC.,

V.

DAVID SANDREW

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

'08 CIV 4921

JUDGE BATTS

TO: (Name and address of Defendant)

David Sandrew
27 Cedar Street
Cohasset, MA 02026

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stefanie Kastrinsky
Day Pitney LLP
7 Times Square
Times Square Tower
New York, NY 10036

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE    MAY 29 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
              Date                   *Signature of Server*

                                     _____
                                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS AND COMPLAINT, RULE 7.1 STATEMENT, ATTACHMENTS |
| EFFECTED (1) BY ME: | OUT OF STATE Kevin Farina |
| TITLE: | PROCESS SERVER       DATE: 8/9/08  1:30 PM. |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[x] Served personally upon the defendant:
DAVID SANDREW

Place where served:
26 Web Road, Westport, CT. 06880

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: M  AGE: 52  HEIGHT: 5'11"  WEIGHT: 220  SKIN: White  HAIR: Brown  OTHER: Balding

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____   SERVICES $ ____   TOTAL $ ____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 8 / 13 / 20 08

_Kevin Farina_ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

Kevin Farina

| | |
|---|---|
| ATTORNEY: | STEFANIE KASTRINSKY, ESQ |
| PLAINTIFF: | ACS RECOVERY SERVICES, INC |
| DEFENDANT: | DAVID SANDREW |
| VENUE: | DISTRICT OF NEW YORK |
| DOCKET: | 08 CIV 49217 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

HW